### Carlos TREVINO, Petitioner–Appellant,

v.

**William STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 10–70004.

United States Court of Appeals, Fifth Circuit.

Jan. 21, 2014.

Warren Alan Wolf, Law Office of Warren Alan Wolf, John Joseph Ritenour, Jr., Esq., Ritenour Law Firm, P.C., San Antonio, TX, for Petitioner–Appellant.

Andrew S. Oldham, Deputy Solicitor General, Office of the Attorney General, Office of the Solicitor General, Fredericka Searle Sargent, Assistant Attorney General, Office of the Attorney General, James Patrick Sullivan, Office of the Attorney General, Office of the Solicitor General, Austin, TX, for Respondent–Appellee.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

In light of the Supreme Court's decision in *Trevino v. Thaler*, —— U.S. ——, 133 S.Ct. 1911, 185 L.Ed.2d 1044 (2013), we remand to the district court for full reconsideration of the Petitioner's ineffective assistance of counsel claim in accordance with both *Trevino* and *Martinez v. Ryan*, —— U.S. ——, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012). If the Petitioner requests it, the district court may in its discretion stay the federal proceeding and permit the Petitioner to present his claim in state court.